IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RAUL KEPP, | ) |
| Petitioner, | ) |
| v. | ) CV 304-125 |
| MICHAEL PUGH, Warden, | ) |
| Respondent. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the **STAY** in this case is **LIFTED**, the petition is **DENIED**, and this civil action shall be **CLOSED**.

**SO ORDERED** this 13 day of January, 2006.

JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA